**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN ELEBY,<br><br>               Petitioner,<br><br>       v.<br><br>RAYMOND MADDEN, Warden,<br><br>               Respondent. | ) Case No. CV 17-7610-CAS (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the First Amended Petition is denied and judgment be entered dismissing this action with prejudice.

DATED: August 27, 2019 _____

_____
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE