# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ELEBY, | Case No. CV 17-7610-CAS (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: August 27, 2019

CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE